IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY CUSATIS, JR., Personal Representative of the Estate of BRADLEY G. CUSATIS, SR., | CASE NO: 8:12-cv-72 |
| Plaintiff, | |
| v. | **NOTIFICATION OF REMOVAL** |
| LEO TRUCKING, INC. and AJAIB S. NANREH, | |
| Defendants. | |

COME NOW the defendants and hereby provide notification to the plaintiff and plaintiff's counsel that defendants have removed the above matter from the District Court of Lancaster County, Nebraska, CASE NO: CI-11-4798 to the United States District Court for the District of Nebraska.

Dated February 21, 2012.

                                                     LEO TRUCKING, INC. AND AJAIB S. NANREH, Defendants,

                                    By: /s/ *Jerald L. Rauterkus*
                                                    Jerald L. Rauterkus, #18151
                                                    ERICKSON | SEDERSTROM, P.C.
                                                    10330 Regency Parkway Drive
                                                    Omaha, NE 68114
                                                    (402) 397-2200
                                                    (402) 390-7137 Fax
                                                    jlr@eslaw.com
                                                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTIFICATION OF REMOVAL was served on February 21, 2012 upon:

Peter C. Wegman
Rembolt Ludtke LLP
1201 Lincoln Mall, Suite 102
Lincoln, NE 68508


by: [   ]   U.S. Mail, postage prepaid
    [ x ]   Electronic filing
    [   ]   E-mail
    [   ]   Facsimile Transmission
    [   ]   Hand Delivery
    [   ]   Overnight Courier
    [   ]   Certified Mail, Return Receipt Requested


/s/ *Jerald L. Rauterkus*