# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADLEY CUSATIS, JR., Personal Representative of the Estate of BRADLEY G. CUSATIS, SR.,** | ) ) ) ) | **CASE NO: 8:12-CV-72** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **PROTECTIVE ORDER** |
| **LEO TRUCKING, INC. and AJAIB S. NANREH,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter came on for consideration pursuant to the agreement of the parties and the Nebraska Department of Health and Human Services (filing 16) for entry of a Protective Order to preserve the confidentiality of certain documents and records of the Nebraska Department of Health and Human Services requested by Defendants in this matter. These records include, but are not limited to, the complete files created and retained by the Nebraska Department of Health and Human Services personnel, and any other personally identifiable information regarding the parties, their family, and possibly minor children.

The Court, being duly advised in the premises, finds as follows:

    1.    The records of the Nebraska Department of Health and Human Services and any copies thereof shall be utilized by Plaintiff/Defendant solely in connection with discovery, pretrial proceedings, preparation for trial, trial, appeal and/or settlement, and for no other purpose, and shall not be disseminated, published, shown or otherwise disclosed to any person or entity except as provided herein.

2. That any reports of an investigation made by the Nebraska Department of Health and Human Services shall not include the name, address, or other identifying information of any person making a report pursuant to the Nebraska mandatory reporting laws.

3. Before counsel disclosed the records to any designated expert or consultant such expert or consultant must first execute the following agreement:

### AGREEMENT OF CONFIDENTIALITY

I herby certify that I have read the Protective Order entered on , 2012, (the "Order") in the action now pending in the United State District Court for the District of Nebraska, entitled Cusatis v. Leo Trucking, et al., Case No. CI 8:12-CV-72, (the "Action"), and am fully familiar with its terms. I understand that in the course of my activities in connection with the Action.  I may have occasion to examine, inspect, or be exposed to the records of Nebraska Health and Human Services, and that the confidentiality of said records is protected by various Nebraska statutes. I therefore agree to be bound and comply with all of the terms and prohibitions of the Order and not to do any act or thing in violation of the Order.

4. All persons to whom the records are disclosed pursuant to this Order shall:

   a. Be responsible for keeping such custody of control over said records so as to assure that said records are not lost, misplaced, or inadvertently disclosed in violation of the provisions of this Order;

   b. Not reveal the contents of the records to any person not already subject to the terms of this Order;

   c. Not reveal or use the contents of the records except of the purposes set forth in Paragraph 1 above; and,

   d. Return promptly to counsel for the disclosing party any copy of any such records entrusted to him or her when no longer required by him or her for the purposes set forth in Paragraph 1 above.

5. The records or any information contained therein shall be treated as confidential pursuant to the terms of this Protective Order.

6. After this action is terminated by the entry of a final and no-further-appealable order, the records and  the information contained therein

   shall not thereafter be disclosed to any third party and shall be returned to the agency which provided said records.

7. This order is to remain in force until modified by the Court for good cause shown.

**IT IS SO ORDERED.**

**DATED April 20, 2012.**

      **BY THE COURT:**

      **S/ F.A. Gossett**
      **United States Magistrate Judge**