IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ESTATE OF BRANDON L. TAYLOR, by and through its Personal Representative, and TIMOTHY A. CUSATIS JR., Personal Representative of the Estate of Bradley G. Cusatis, Sr., <br><br> Plaintiffs, <br><br> V. <br><br> LEO TRUCKING, INC., and AJAIB S. NANREH, <br><br> Defendants. | 8:12CV72 <br><br> ORDER |

On December 12, 2012, the Estate of Brandon L. Taylor ("Taylor Estate") filed a motion requesting that trial of this matter, which is presently scheduled for February 19, 2013, be continued. (Filing 61.) The motion was opposed by Plaintiff Timothy Cusatis, Jr., Personal Representative of the Estate of Bradley G. Cusatis, Sr., and Defendants. By order dated January 7, 2013, the Court denied the motion to continue. (Filing 72.)

The Taylor Estate has filed a renewed motion to continue trial (filing 76), representing that Plaintiff Timothy Cusatis, Jr. has settled all claims on behalf of the Estate of Bradley G. Cusatis, Sr. with Defendants Leo Trucking, Inc. and Ajaib S. Nanreh. The Taylor Estate further represents that Defendants no longer object to continuing the trial.

Based on the foregoing,

**IT IS ORDERED:**

1. The Estate of Brandon Taylor's Amended Motion to Continue Trial (filing 76) is granted.

2. By or before January 25, 2013, the parties shall jointly submit a proposed amended progression schedule for this case.

3. The pretrial conference scheduled for January 31, 2013, is cancelled and will be rescheduled at a later time.

**DATED January 11, 2013.**

                          **BY THE COURT:**

                          S/ F.A. Gossett
                          **United States Magistrate Judge**