IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY A. CUSATIS, JR., Personal Representative of the ESTATE OF BRADLEY G. CUSATIS, SR., and THE ESTATE OF BRANDON L. TAYLOR, by and through its Personal Representative,<br><br>Plaintiffs,<br><br>vs.<br><br>LEO TRUCKING, INC., and AJAIB S. NANREH,<br><br>Defendants. | Case No. 8:12CV72<br><br>ORDER |

By the Joint Stipulation of Settlement Between Parties (#78), Plaintiff Timothy A. Cusatis, Jr. Personal Representative of the Estate of Bradley G. Cusatis, and defendants Leo Trucking and Ajaib S. Nanreh, advised the court that they have reached an agreement to settle.  The settlement is pending approval by the Lancaster County Court, set for hearing on February 26, 2013.

**IT IS ORDERED:**

1. On or before **March 29, 2013,** these parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of their case; and

2. The claims between plaintiff Estate of Brandon L. Taylor and the defendants remain pending.

Dated: January 15, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge