IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ESTATE OF BRANDON L. TAYLOR, by and through its Personal Representative, and TIMOTHY A. CUSATIS, JR., Personal Representative of the Estate of BradleyG. Cusatis, Sr., <br><br>Plaintiff, <br><br>vs. <br><br>LEO TRUCKING, INC., and AJAIB S. NANREH, <br><br>Defendants. | Case No. 8:12cv72 <br><br>ORDER |

Upon notice of settlement given to the undersigned judge by Jerald L. Rauterkus, counsel for defendants,

**IT IS ORDERED:**

1. On or before **October 7, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for September 19, 2013, and the jury trial set for October 8, 2013, are cancelled upon the representation that this case is settled.

Dated this 5th day of September 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge